# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### CIVIL MINUTES - GENERAL

JS-6

| Case No. | CV 17-4547 PA (FFMx) | Date | June 28, 2017 |
|---|---|---|---|
| Title | Hector Lopez v. Stevens Transport, et al. | | |

| Present: The Honorable | PERCY ANDERSON, UNITED STATES DISTRICT JUDGE |
|---|---|

| V.R. Vallery | N/A | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:** IN CHAMBERS – COURT ORDER

On June 21, 2017, the Court issued an order provisionally remanding this action to Los Angeles County Superior Court as a result of procedural defects in the Notice of Removal. In its June 21, 2017 Order, the Court stayed the order remanding the action to provide plaintiff with an opportunity to object to the remand and waive the procedural defects. Specifically, plaintiff was directed to inform the Court in writing by June 26, 2017, if he objected to the remand. To date, despite the passage of the deadline set by the Court, plaintiff has not waived the procedural defects. Accordingly, for the reasons stated in the June 21, 2017 Order, this action is remanded to Los Angeles County Superior Court, Case No. BC660055.

IT IS SO ORDERED.

CV-90 (06/04)     **CIVIL MINUTES - GENERAL**     Page 1 of 1